THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE STUYVESANT THEATRE COMPANY, Relator, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE STUYVESANT THEATRE COMPANY, Relator, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1934.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAZEL L. RICE, INC., Relator, Appellant, v. WILLIAM STANLEY MILLER and Others, as

Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1935). THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE STUYVESANT THEATRE COMPANY, Relator, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1936.)— While Special Term reduced the total assessments in these proceedings, still on the evidence presented the value of the land should not have been fixed in an amount greater than $450,000 for the year 1933, and the sum of $425,000 for the years 1934, 1935 and 1936. Accordingly, the orders should be unanimously modified by reducing the total assessments to the following amounts for the years involved: 1933, $540,000 (land, $450,000; building, $90,000); 1934, $513,000 (land $425,000; building, $88,000); 1935, $511,000 (land, $425,000; building, $86,000); 1936, $509,000 (land, $425,000; building, $84,000), and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and.Dore, JJ.